UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:14-cr-0324-MEJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| vs. | ) | **ORDER GRANTING EARLY** |
| | ) | **TERMINATION OF PROBATION** |
| KALEN LAGERQUIST, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the probation in the above-entitled action be deemed to have been successfully completed and terminated.

Dated: __August 16__, 2016.   _____
MAGISTRATE JUDGE MARIA ELENA JAMES

-1-